UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALEXANDER, #163875,  )
a/k/a JOHN H. ALEXANDER-BEY,  )
  )
        Plaintiff,  )  Case No. 1:13-cv-1372
  )
v.  )  Honorable Paul L. Maloney
  )
STATE OF MICHIGAN, et al.,  )
  )
        Defendants.  )
_____  )

## JUDGMENT

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED THAT defendants' motion for summary judgment (ECF No. 23) is GRANTED and judgment is entered in defendants' favor on all plaintiff's federal claims.

Plaintiff's claims relating his request for prayer beads, a prayer rug, a vegan diet, a black fez, and a Koran will be dismissed without prejudice, based on the affirmative defense provided by 42 U.S.C. 1997e(a). .

Dated:  September 28, 2017      /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge